UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| R BAR J, INCORPORATED, a Nebraska Corporation, | ) ) ) | Case No. 8:09-CV-00391 |
| Plaintiff, | ) ) ) | Judge Joseph Bataillon Magistrate Judge Thomas Thalken |
| vs. | ) ) ) | ORDER FOR DISMISSAL |
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, a Foreign Insurance Company, | ) ) ) ) | |
| Defendant. | ) | |

Upon filing of the Motion to Dismiss by the Plaintiffs, this case is hereby dismissed.

Dated: December 27, 2010.

_____
Judge/Magistrate